UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

Thirukumaran Sinnathamby
    Defendant.

Case Number CR 06-70537 PVT

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $300 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of _____ and the SAME DAY each month thereafter;

[✓] The first day of 9/11/06 and the FIRST DAY of each month thereafter;

[ ] MAIL TO:   Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA. 95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____ ;

[ ] MAIL TO:   Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA. 95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED: 8/21/06

PATRICIA V. TRUMBULL, U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72
(Rev 8/82)