```
ROBERT E. CAREY, JR., ESQ. (SBN 47556)
JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
THIRUKUMARAN SINNATHAMBY
```

FILED

2007 JAN 26  A 11: 06

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   5-06-70537-PVT |
| Plaintiff, | STIPULATION AND ORDER RE EXONERATING BAIL AND WITHDRAWING OF CONDITIONS OF RELEASE AS TO DEFENDANT THIRUKUMARAN SINNATHAMBY |
| vs. | |
| THIRUKUMARAN SINNATHAMBY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel for the parties, that bail posted in this matter in the Northern District of California be exonerated and, also, that the various conditions of release imposed by the Court on August 25, 2006 and November 30, 2006 be withdrawn.

Good cause exists for this stipulation in that the matter of USA v. Thirukumaran Sinnathamby, Magistrate's number 06-M-887, was dismissed without prejudice in the Eastern District of New York on January 4, 2007.

IT IS SO STIPULATED.

DATED: January 17, 2007          CAREY & CAREY

_____
ROBERT E. CAREY, JR.,
Attorneys for Defendant
THIRUKUMARAN SINNATHAMBY

1
STIPULATION AND ORDER RE EXONERATION OF BAIL AND WITHDRAWAL OF CONDITIONS OF RELEASE

DATED: January 25, 2007

UNITED STATES OF AMERICA

_____
THOMAS M. O'CONNELL
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

DATED: 1/26/07, 2007

_____
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT